23-2058
Harris v. City of Memphis, et al

JOHN T. FOWLKES,

TU M. PHAM