IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **MONTERRIOUS HARRIS**,<br><br>    Plaintiff,<br><br>v.<br><br>**CITY OF MEMPHIS, EMMITT MARTIN III, DESMOND MILLS, JR., JUSTIN SMITH, DEMETRIUS HALEY, TADARRIUS BEAN, and JOHN DOES 1-4, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES AS CITY OF MEMPHIS LAW ENFORCEMENT OFFICERS,**<br><br>    **Defendants.** | Case No.: 2:23-cv-2058-JTF-tmp |

## MOTION TO DISMISS OF DEFENDANT CITY OF MEMPHIS

Defendant City of Memphis ("City"), by and through counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss Plaintiff Monterrious Harris's Complaint for Damages and for Deprivation of Constitutional Rights for failure to state a claim upon which relief can be granted. In support of its Motion, the City relies on its accompanying Memorandum in Support.

Dated: March 2, 2023

4867-3265-8515

Respectfully Submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce A. McMullen (#18126)
Jennie V. Silk (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com

## CERTIFICATE OF SERVICE

I, Bruce McMullen, hereby certify that on March 2, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, and that upon filing, such system will serve a copy of the foregoing upon all counsel of record in this action.

*s/ Bruce McMullen*
Bruce McMullen

4867-3265-8515