A.G. FILE # BD0415

No. **23 00241**

## STATE OF TENNESSEE

V.

TADARRIUS BEAN
DEMETRIUS HALEY
EMMIT MARTIN
DESMOND MILLS, JR.
JUSTIN SMITH

Indictment for

MURDER SECOND DEGREE
AGGRAVATED ASSAULT - ACTING IN CONCERT
AGGRAVATED KIDNAPPING
OFFICIAL MISCONDUCT (2 COUNTS)
OFFICIAL OPPRESSION

| T.C.A. 39-13-210 | SCATS CODE - 21016 |
| T.C.A. 39-13-102 | SCATS CODE - 30046 |
| T.C.A. 39-13-304 | SCATS CODE - 21020 |
| T.C.A. 39-13-304 | SCATS CODE - 21020 |
| T.C.A. 39-16-402 | SCATS CODE - 21132 |
| T.C.A. 39-16-403 | SCATS CODE - 21133 |

Witnesses:

Summon for the State

C. BAKER                TENNESSEE BUREAU OF INVESTIGATION
N. ELLISON              TBI

C. BAKER
Prosecutor

*Maerne Bernard*
Foreperson of the Grand Jury

A True Bill ✓

Date Indictment Returned: 1/26/23

