# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

MONTERRIOUS HARRIS,

        Plaintiff,

vs.

CITY OF MEMPHIS,
Emmitt Martin III, Desmond Mills, Jr.,
Justin Smith, Demetrius Haley, Tadarrius Bean,
and John Does 1-4, individually and in their
official capacities as City of Memphis Law
Enforcement Officers,

        Defendants.

Case No: 2:23-cv-2058 JTF-tmp

**JURY TRIAL DEMANDED**

## STATUS REPORT FOR DEFENDANT, EMMITT MARTIN, III

      COMES NOW, Defendant Emmitt Matin III, by and through his counsel of record, and files this Notice with the Court regarding the status of the state court matters and federal court matters in which said Defendant is involved pursuant to the Court's Order Granting Stay of August 28, 2023. (See, Dkt. Ent. 53). The Defendant, Martin, is still involved as a party in the pending state court criminal case that is not resolved nor set for trial. Defendant Martin is, as well, indicted in the Western District of Tennessee, Western District at Memphis and currently that matter is set for trial in the fall of 2024.

    There is no change in the Status of this matter at the time of filing this Report with the Court.

RESPECTFULLY SUBMITTED,

/s/ Florence M. Johnson
Florence M. Johnson (#015499)
Johnson and Johnson, P.C.
1407 Union Avenue, Suite 1002
Memphis, Tn 38104
(901) 725-7520 Telephone
(901) 725-7570 Facsimile
fjohnson@johnsonandjohnsonattys.com

Attorneys for Defendant, EMMITT MARTIN, III

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the listed counsel of record with the Court's ECF electronic filing data base on July 1, 2024:

/s/ Florence M. Johnson