# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **MONTERRIOUS HARRIS**, | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CITY OF MEMPHIS, EMMITT MARTIN III, DESMOND MILLS, JR., JUSTIN SMITH, DEMETRIUS HALEY, TADARRIUS BEAN, and JOHN DOES 1-4, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES AS CITY OF MEMPHIS LAW ENFORCEMENT OFFICERS,** | ) ) ) ) ) ) ) ) ) **Case No.: 2:23-cv-2058-JTF-tmp** |
|     **Defendants.** | ) |

## UNOPPOSED MOTION TO RESET MAY 28, 2025, STATUS CONFERENCE

Defendant City of Memphis ("the City") moves to reset the May 28, 2025, Status Conference and, in support, states the following:

1. On May 9, 2025, the Court set a Status Conference for May 28, 2025. (ECF No. 83.)

2. Lead counsel for the City, Bruce McMullen, has a trial scheduled on May 28, 2025, in *Torch Electronics, LLC v. Steven Mulroy*.

3. As a result, the City moves to reset the Status Conference currently scheduled for May 28, 2025, at 9:00 am.

4. The City does not bring the present motion for delay or other improper motives, and the requested relief should not impact other case deadlines.

WHEREFORE, the City respectfully requests that the Court reset the Status Conference set for May 28, 2025.

This, the 20th day of May, 2025.

Respectfully Submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.**

*s/ Bruce McMullen*
Bruce A. McMullen (#18126)
Jennie V. Silk  (#35319)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone (901) 526-2000
bmcmullen@bakerdonelson.com
jsilk@bakerdonelson.com

*Counsel for Defendant City of Memphis*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), on May 12, 2025, counsel for the City, contacted counsel for Plaintiff, Jarrett Spence, regarding the relief sought in this Motion.  Plaintiff does not oppose the relief sought in this Motion. Counsel for the City also contacted counsel for the remaining Defendants. Defendants Justin Smith and Demetrius Haley's counsel, Besty McKinney and Stephen Leffler, responded that they do not oppose the relief sought in this Motion. The remaining Defendants did not respond as of the date of this filing.

*s/ Bruce McMullen*
Bruce McMullen