# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# IN THE WESTERN DIVISION

| | |
|---|---|
| **MONTERRIOUS HARRIS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-2058-JTF-tmp |
| **CITY OF MEMPHIS, EMMITT MARTIN III, DESMOND MILLS, JR., JUSTIN SMITH, DEMETRIUS HALEY, TADARRIUS BEAN, and JOHN DOES 1-4, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITIES AS CITY OF MEMPHIS LAW ENFORCEMENT OFFICERS,** | ) |
| Defendants. | ) |

## ORDER STAYING PROCEEDINGS

Before the Court is Defendant Demetrius Haley's Motion to Reconsider Lifting of the Stay of the Civil Proceedings Until Criminal Proceedings are Resolved, filed on May 27, 2025. (ECF No. 88.) Thereafter, Defendants Justin Smith and Tadarrius Bean joined in on Haley's Motion on May 27, 2025 and May 30, 2025 respectively. (ECF Nos. 90 & 93.) The Court held a Status Conference on June 3, 2025 wherein the Parties did not object with continuing the Stay until the sentencings are complete. (ECF No. 94.) As such, the Court **GRANTS** the Motion and this case is **STAYED** pending sentencing in the criminal proceedings against Defendants.

**IT IS SO ORDERED** this 3rd day of June, 2025.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE